

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00722-CV

Idalia G. **BARRERA**,
Appellant

v.

Mary Sue **PATE**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04273
Honorable Karen Crouch, Judge Presiding

## O R D E R

On November 29, 2018, the trial court reporter filed a notification of late record informing the court that no record was taken in the underlying cause. Accordingly, appellant's brief is due on or before **December 31, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court